726 A.2d 378

**Donna KEHLER, Petitioner,**

v.

**WORKERS' COMPENSATION APPEAL BOARD (DEPARTMENT OF PUBLIC WELFARE),**
**Respondent.**

Supreme Court of Pennsylvania.

March 16, 1999.

## *ORDER*

PER CURIAM:

**AND NOW,** this 16 th day of March, 1999, we hereby **DENY** the Petition for Allowance of Appeal; the Motion for Court Appointed Attorney; and the Motion to Waive or Modify Rules.